UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-CR-0065-JRS-MJD |
| | ) | |
| RANDY BYRD, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On May 26, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 22, 2021. Defendant Byrd appeared in person with his appointed counsel Leslie Wine. The government appeared by Barry Glickman, Assistant United States Attorney. U.S. Parole and Probation appeared by Officer Brian Bowers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Byrd of his rights and ensured he had a copy of the Petition. Defendant Byrd orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Byrd admitted violation numbers 1 and 2 as set forth in the Petition. [Docket No. 60.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside in a residential reentry center for a term of 180 days. You shall abide by the rules and regulations of the facility."** |
| | The residential reentry center (RRC) reports on August 4, 2021, Mr. Byrd was found in the RRC bathroom rolling a green, leafy substance into a joint; on September 1, 2021, he was found in possession of rolling papers; and on September 17, 2021, he refused to provide proof of employment despite numerous requests by staff in previous days. On September 19, 2021, Mr. Byrd left the RRC facility and did not return. |
| 2 | **"You must refrain from any unlawful use of a controlled substance."** |
| | On January 8; March 3; March 9; March 29; April 13; April 20; May 25; June 8; June 15; June 24; June 27; July 3; and July 8, 2021; Mr. Byrd tested positive for marijuana use. On April 12, 2021, he tested positive for methamphetamine use. On June 10, 2021, Mr. Byrd admitted regularly consuming cannabis-based oils with his wife since December 2020. He admitted consuming ecstasy on or about May 24, 2021, with a friend. |

4. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one (1) day incarceration with no supervised release to follow. Defendant further requested placement at FCI Terre Haute, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Magistrate Judge further

recommends Defendant's placement at FCI Terre Haute, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties, on the record of the hearing, waived the fourteen-day period to object to this Report and Recommendation.

Dated: 26 MAY 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system