UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00065-JRS-MJD |
| | ) | |
| RANDY BYRD, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation
and Revoking Supervised Release**

The parties having waived the fourteen-day period to object to the Magistrate Judge's Report and Recommendation, (ECF No. 66); and the Court, having considered that Report and Recommendation, the factors set forth in 18 U.S.C. § 3553(a), and the record, now finds that the same should be, and hereby is, **adopted**.

Accordingly, the Court finds that the Defendant Randy Byrd violated the conditions set forth in the Petition for Warrant or Summons for Offender Under Supervision, **revokes** Defendant's supervised release, and **sentences** Defendant to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow.

The Court recommends Defendant's placement at FCI Terre Haute, Indiana. Defendant is to be taken into custody immediately.

**SO ORDERED.**

Date: 06/02/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov

Leslie D. Wine
INDIANA FEDERAL COMMUNITY DEFENDERS
leslie_wine@fd.org


U.S. Probation

U.S. Marshal